K. Keith McAllister
Law Offices of K. Keith McAllister
P.O. Box 864
Tiburon, CA 94920

Tel.  415-435-2338
Fax  415-435-2521

Attorney for Appellant in U.S. Bankruptcy Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ELDON R. HOFFMAN,<br><br>    Debtor.<br>_____<br><br>ELDON R. HOFFMAN,<br><br>    Appellant,<br><br>v.<br><br>JEFFRY G. LOCKE, Trustee of the Bankruptcy Estate of Eldon R. Hoffman, Debtor,<br><br>    Appellee.<br>_____ | District Ct. Case No.: 06-04892<br><br><br><br><br><br><br><br>STIPULATION TO DISMISS APPEAL<br><br>AND ORDER THEREON |

    It is hereby stipulated by and between Debtor/Appellant Eldon R. Hoffman and Appellee Jeffrey G. Locke, Trustee, that the appeal from the bankruptcy court filed by Appellant Eldon R. Hoffman be dismissed with prejudice.  Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, Appellant agrees to pay any court costs or court fees that may be due.

/ / /

Stipulation to Dismiss Appeal               1

So Stipulated:

Dated: September 20, 2006                /s/ Eldon R. Hoffman
                                         Eldon R. Hoffman
                                         Appellant in pro per


Dated:  September 20, 2006               Law Offices of K. Keith McAllister


                                         BY:  /s/ K. Keith McAllister
                                              K. Keith McAllister
                                              Attorney for Debtor in debtor's
                                              bankruptcy case


Dated:  September 22, 2006               Greene, Radovsky, Maloney, Share &
                                         Hennigh LLP


                                         BY: /s/ Edward Tredinnick
                                             Edward Tredinnick
                                             Attorneys for Appellee, Jeffry G.
                                             Locke, Trustee of the Bankruptcy
                                             Estate of Eldon R. Hoffman, Debtor

Pursuant to the parties' Stipulation, it is SO ORDERED.

September 25, 2006

*Jeffrey S. White* (signature)

Stipulation to Dismiss Appeal            2